| | |
|---|---|
| 1 | JAMES F. KING, ESQ. (SBN 41219) |
| | STEPHEN F. JOHNSON (SBN 205244) |
| 2 | MICHAELYN P. WIPF (SBN 300428) |
| | MANNON, KING AND JOHNSON |
| 3 | 200 North School Street, Suite 304 |
| | Post Office Box 419 |
| 4 | Ukiah, CA 95482 |
| | Telephone: (707) 468-9151 |
| 5 | Facsimile: (707) 468-0284 |
| 6 | Attorneys for Plaintiff TIMOTHY WOSKOW |

GREGORY B. THOMAS, ESQ. (SBN 239870)
TEMITAYO O. PETERS, ESQ. (SBN 309913)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com
opeters@bjg.com

Attorneys for Defendant ALFRED LEE, dba
GENTLE HANDS MOVING SERVICE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WOSKOW, | ) | Case No.: 1:17-cv-04542-RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
| | ) | **[~~PROPOSED~~] ORDER** |
| v. | ) | |
| | ) | |
| ALFRED LEE, dba GENTLE HANDS | ) | |
| MOVING SERVICE; GENTLE HANDS | ) | |
| MMMOOOVING, and DOES 1 through 20, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned, attorneys for the parties herein, hereby stipulate and jointly apply to the Court for an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing the plaintiff's complaint herein, and all causes of action contained therein, with prejudice, with all parties to bear their own costs and attorneys' fees herein.

///

-1-

DATED: September 14, 2017

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *Gregory B. Thomas, Esq.*
GREGORY B. THOMAS, ESQ.
Attorneys for Defendant

DATED: September 14, 2017

MANNON, KING AND JOHNSON

By: /s/ *Michaelyn P. Wipf, Esq.*
MICHAELYN P. WIPF, ESQ.
Attorneys for Plaintiff

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Michaelyn P. Wipf, Esq. on September 14, 2017.

By: /s/ *Gregory B. Thomas, Esq.*
GREGORY B. THOMAS, ESQ.
Attorneys for Defendant

## [~~PROPOSED~~] ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby DISMISSES plaintiff's complaint for damages, and all causes of action contained therein, with prejudice, with all parties to bear their own costs and attorneys' fees herein.

**IT IS SO ORDERED**

Dated: 9/14/17

HON. RICHARD SEEBORG
United States District Judge

28038\764091